1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KENNETH TAYLOR CURRY, | |
|---|---|
| Plaintiff, | |
| v. | Case No. C06-5123 FDB |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| Defendant. | |

Plaintiff, Kenneth Taylor Curry, has brought this matter for judicial review of the denial of his applications for disability insurance and supplemental security income (SSI) benefits. The Magistrate Judge recommends remand to the Administrative Law Judge for further proceedings to (1) properly consider the evidence in, and to fully develop, the record regarding Plaintiff's mental condition and (2) make a new determination regarding Plaintiff's specific transferable skills and the specific jobs those skills are transferable to in accordance with Social Security Ruling 82-41. The parties have not filed objections.

The Court, having reviewed the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

ORDER - 1

(2) The ALJ erred in his decision as described in the report;

(3) The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

(4) the Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 3rd day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2